## ADAMS v. JEFFERSON-PILOT LIFE INS. CO.

No. 111P02

Case below: 148 N.C. App. 356

Petition by defendants (Charles Adams, April Gardin, and Kelly Honeycutt) for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

## BATDORFF v. N.C. STATE BD. OF ELECTIONS

No. 263PA02

Case below: 150 N.C. App. 108

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 15 August 2002.

## BNT CO. v. BAKER PRECYTHE DEV. CO.

No. 373P02

Case below: 151 N.C. App. 52

Petition by defendant/third party plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2002.

## CALLICOAT v. FAULKNER

No. 375P01

Case below: 143 N.C. App. 715

Petition by respondent (Commissioner of Motor Vehicles) for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002. Conditional petition by petitioner for discretionary review as to additional issues pursuant to G.S. 7A-31 dismissed as moot 15 August 2002.

## CERTAIN UNDERWRITERS AT LLOYD'S LONDON v. HOGAN

No. 36P02

Case below: 147 N.C. App. 715

Petition by defendants (Hogan & Hogan) for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.